IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAXTER SENIOR LIVING, LLC, an Alaska limited liability company,<br><br>               Plaintiff,<br><br>            v.<br><br>MIDLAND STATES BANK, an Illinois corporation,<br><br>               Defendant. | Case No. 3:21-cv-00273-SLG |

### ORDER RE JOINT STIPULATION TO EXTEND CASE DEADLINES

Before the Court at Docket 46 is the parties' *Joint Stipulation to Extend Case Deadlines*. Good cause being shown, IT IS ORDERED that the joint stipulation is GRANTED. Case deadlines are amended as follows:

1. The date to disclose the final discovery witness list in paragraph II.C.4 of the Scheduling and Planning Order shall be extended to **August 11, 2023**;

2. The date for the close of fact discovery in paragraph II.C.5 of the Scheduling and Planning Order shall be extended to **September 11, 2023**;

3. The date to identify expert witnesses, as agreed upon in the First Joint Stipulation, shall be extended to **May 12, 2023**;

4. The date for each party to submit expert reports required by Rule 26(a)(2), as agreed upon in the First Joint Stipulation, shall be extended to **June 23, 2023;**

5. The date to complete expert witness discovery in paragraph II.C.6(c) of the Scheduling and Planning Order shall be extended to **September 11, 2023**;

6. The date for serving and filing motions under the discovery rules in paragraph III.B.3 of the Scheduling and Planning Order shall be extended to **October 2, 2023**;

7. The date for serving and filing dispositive motions in paragraph III.B.4 of the Scheduling and Planning Order shall be extended to **November 17, 2023**; and

8. The date for serving and filing motions to exclude expert testimony in paragraph III.B.5 of the Scheduling and Planning Order shall be extended to **October 16, 2023**.

DATED this 17th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00274-SLG, *Baxter Senior Living v. Midland States Bank*
Order re Joint Stipulation to Extend Case Deadlines
Page 2 of 2
Case 3:21-cv-00273-SLG   Document 47   Filed 03/17/23   Page 2 of 2