**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| BAXTER SENIOR LIVING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIDLAND STATES BANK, | ) | |
| | ) | |
| Defendant. | ) | Case No. 3:21-CV-00273-SLG |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(ii)

It is hereby stipulated and agreed by and between the parties to the above-captioned action, through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that:

1.      The above-captioned action is dismissed with prejudice, without an award of costs or attorneys' fees in favor of any party.

DATED this 24th day of January, 2024.

BANKSTON GRONNING BRECHT P.C.
*Attorneys for Plaintiff*

By:     /s/William M. Bankston
        William M. Bankston
        Alaska Bar No. 7111024
        1127 West 7th Avenue, Suite 200
        Anchorage, Alaska 99501
        Telephone: (907) 276-1711
        wbankston@bgbalaska.com

STIPULATION OF VOLUNTARY DISMISSAL
Baxter Senior Living, LLC v. Midland States Bank, Case No. 3:21-cv-00273-SLG     Page 1 of 2

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
*Attorneys for Defendant*

By: /s/Carmel I. Dooling
Michael D. Educate (admitted *pro hac vice*)
Carmel I. Dooling (admitted *pro hac vice*)
200 W. Madison St., Ste. 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
michael.educate@bfkn.com
carmel.dooling@bfkn.com

DORSEY & WHITNEY LLP
*Attorneys for Defendant*

By: /s/Michael A. Grisham
Michael A. Grisham
Alaska Bar No. 9411104
1031 West Fourth Avenue, Suite 600
Anchorage, Alaska 99501
Telephone: (907) 276-4557
grisham.michael@dorsey.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of January, 2024, a true and correct copy of the foregoing document (typed in Times New Roman, 13 pt.) was sent electronically via CM/ECF to:

Michael Grisham
Michael Educate
Carmel Dooling

_____/s/Riza Smith_____
Certification Signature
W4650\23\PLEADINGS\STIPdismiss

STIPULATION OF VOLUNTARY DISMISSAL
Baxter Senior Living, LLC v. Midland States Bank, Case No. 3:21-cv-00273-SLG    Page 2 of 2